Case 1:21-cr-00027-AJT Document 102 Filed 12/09/22 Page 1 of 12 PageID# 740

FILED
IN OPEN COURT

DEC -9 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:21-cr-27 |
| v. | ) | |
| | ) | Honorable Anthony J. Trenga |
| ADIAM BERHANE, | ) | |
| | ) | Trial: December 5, 2022 |
| Defendant. | ) | |
| | ) | |

## **VERDICT FORM**

We the jury unanimously find beyond a reasonable doubt:

### **COUNT 1**

With respect to the charge of conspiracy to commit bank fraud, as alleged in Count 1 of the Indictment, the defendant Adiam Berhane is:

Not Guilty _____   Guilty __✓__

Before you may find the defendant guilty of the charged conspiracy you must unanimously find that the government has proven beyond a reasonable doubt the following charged object of the conspiracy:

> Do you unanimously find that the government has proven beyond a reasonable doubt that bank fraud was an object of the conspiracy?
>
> __✓__ Yes
>
> _____ No

- 3 -

## **COUNT 2**

With respect to the charge of bank fraud, as alleged in Count 2 of the Indictment, the defendant Adiam Berhane is:

    Not Guilty _____    Guilty ✓_____

## COUNT 3

With respect to the charge of bank fraud, as alleged in Count 3 of the Indictment, the defendant Adiam Berhane is:

Not Guilty _____    Guilty ✓ _____

- 5 -

## **COUNT 4**

With respect to the charge of trafficking in unauthorized access devices, as alleged in Count 4 of the Indictment, the defendant Adiam Berhane is:

Not Guilty _____        Guilty __✓_____

## COUNT 5

With respect to the charge of trafficking in unauthorized access devices, as alleged in Count 5 of the Indictment, the defendant Adiam Berhane is:

Not Guilty _____   Guilty ✓ _____

## COUNT 6

With respect to the charge of trafficking in unauthorized access devices, as alleged in Count 6 of the Indictment, the defendant Adiam Berhane is:

Not Guilty _____    Guilty  ✓ _____

## COUNT 7

With respect to the charge of aggravated identity theft, as alleged in Count 7 of the Indictment, the defendant Adiam Berhane is:

Not Guilty _____  Guilty ✓_____

## **COUNT 8**

With respect to the charge of aggravated identity theft, as alleged in Count 8 of the Indictment, the defendant Adiam Berhane is:

       Not Guilty _____       Guilty ✓_____

## COUNT 9

With respect to the charge of aggravated identity theft, as alleged in Count 9 of the Indictment, the defendant Adiam Berhane is:

        Not Guilty _____        Guilty  ✓_____

## COUNT 10

With respect to the charge of unlawful possession of fifteen or more access devices, as alleged in Count 10 of the Indictment, the defendant Adiam Berhane is:

Not Guilty _____    Guilty  ✓ _____

## COUNT 11

With respect to the charge of possession of access device-making equipment with intent to defraud, as alleged in Count 11 of the Indictment, the defendant Adiam Berhane is:

Not Guilty _____        Guilty ✓_____

So say we all this ___9th___ day of ___December___, 2022.

████████████
Foreperson